UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 15-cv-01264

Name of party requesting extension: WorldWide Golf, Inc. - Agreed

Is this the first application for extension of time in this case?  ✓ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 09/08/2015

Number of days requested:  ☐ 30 days   ☐ 15 days   ✓ Other 21 days

New Deadline Date: 10/20/2015  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: David C. Van Dyke
State Bar No.: IL ARDC 6204705
Firm Name: Howard & Howard Attorneys PLLC
Address: 200 South Michigan Avenue
         Suite 1100
         Chicago, IL 60604
Phone: (312) 372-4000
Fax:   (312) 939-5617
Email: dvd@h2law.com

A certificate of conference does not need to be filed with this unopposed application.